IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD DAVENPORT,

      Plaintiff,                            No. CIV S-09-3091 GEB EFB P

vs.

BEN LEE, et al.,

      Defendants.               ORDER

         On March 16, 2011, the court ordered defendants Lee, Reddy, Bal, and Torruella to show cause why they should not be sanctioned for their apparent failure to timely return their waivers of service. Dckt. No. 23. On March 28, 2011, defense counsel filed a declaration in response to the order to show cause. Dckt. No. 29. Counsel's declaration demonstrates that defendants timely returned their signed waivers to the U.S. Marshal's Office and that good cause supports discharge of the order to show cause.

         Good cause appearing, the court's March 16, 2011, order to show cause is discharged. Further, the Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal.

Dated: March 30, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE