IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD DAVENPORT,

      Plaintiff,               No. 2:09-cv-3091 GEB EFB P

    vs.

BEN LEE, et al.,

      Defendants.       ORDER
_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On April 26, 2012, defendant Sahota filed a motion for summary judgment. *See* Fed. R. Civ. P. 56. Plaintiff has not filed an opposition or a statement of no opposition to the motion. On June 22, 2012 the court granted plaintiff an extension of time to file an opposition or statement of non-opposition and warned plaintiff that failure to do so could result in a recommendation that this action be dismissed. The time for acting has passed and plaintiff has not filed an opposition or a statement of no opposition.

      Plaintiff has been warned that he must file a response to defendant's motion. Plaintiff has disobeyed this court's orders and failed to prosecute this action.

////

////

1

1  Accordingly, it is hereby RECOMMENDED that this action be dismissed without
2 prejudice. *See* Fed. R. Civ. P. 41(b); E.D. Cal. Local Rule 110.
3  These findings and recommendations are submitted to the United States District Judge
4 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
5 after being served with these findings and recommendations, any party may file written
6 objections with the court and serve a copy on all parties.  Such a document should be captioned
7 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
8 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
9 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
10 DATED: July 24, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2