UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD P. DAVENPORT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BEN LEE, et al.,<br><br>　　　　　Defendants. | No. 2:09-cv-3091-GEB-EFB P<br><br><br>ORDER |

After this civil rights action was closed and judgment duly entered, *see* ECF Nos. 86, 87, and plaintiff's motion for relief from judgment was denied, *see* ECF No. 96, plaintiff filed a document styled "Motion for Return of Legal Mail and Property," ECF No. 97. The Clerk is directed to terminate docket entry number 97 and the court takes no action on plaintiff's filing as this case is now closed.

Plaintiff is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

So ordered.

Dated: January 30, 2014.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE